UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                                                       No. C-14-0957 EMC (pr)

RUBEN COTA,

        Plaintiff/Petitioner.                                  **ORDER OF DISMISSAL**

      This action was opened on February 28, 2014, when the Court received from inmate Ruben Cota a copy of a "Board of Parole Hearings Petition To Advance Hearing Date." (The proof of service shows that the original petition was sent to the Board of Parole Hearings, as instructed on the form petition.) On that date, the Court notified Mr. Cota in writing that his action was deficient in that he had not attached a complaint or habeas petition and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint or habeas petition within twenty-eight days, and did not file an *in forma pauperis* application or pay the filing fee within twenty-eight days. Mr. Cota did not file a complaint or habeas petition, or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

      IT IS SO ORDERED.

Dated: April 18, 2014

_____
EDWARD M. CHEN
United States District Judge